## In re Lincoln Avenue. William Jenkinson's Appeal.

Argued Oct. 24, 1899. Appeal, No. 49, Oct. T., 1899, by William Jenkinson, from order of C. P. No. 2, Allegheny Co., Jan. T., 1895, No. 361, dismissing exceptions to report of viewers. Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL, DEAN, FELL and BROWN, JJ. Affirmed.

*James Fitzsimmons*, with him *J. S. Ferguson* and *David L. Starr*, for appellants.

*George H. Quaill*, for appellee, was not heard.

PER CURIAM, Octtober 30, 1899:

Argued Oct. 24, 1899. Appeal, No. 50, Oct. T., 1899, by William Roseberg, from order of C. P. No. 2, Allegheny Co., Jan. T., 1895, No. 361, dismissing exceptions to report of viewers. Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL, DEAN, FELL and BROWN, JJ. Affirmed.

*James Fitzsimmons*, with him *J. S. Ferguson* and *David L. Starr*, for appellant.

*George H. Quaill*, for appellee, was not heard.

PER CURIAM, October 30, 1899:

We find no error in this record that requires us to sustain any of the specifications of error. For the reasons given in the opinion of the learned judge of the court below, ante, p. 432, he was clearly right in dismissing appellant's exceptions.

Decree affirmed and appeal dismissed at appellant's costs.